UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MARK,<br><br>        Plaintiff,<br><br>    v.<br><br>THE AMERICAN NATIONAL RED CROSS and DOES 1 to 50,<br><br>        Defendants. | CASE NO.:  4:13-cv-04041-PJH<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMERICAN NATIONAL RED CROSS** |

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Jeff Mark is hereby dismissed against The American National Red Cross is hereby with prejudice.  Each party will bear its own costs of this action.

DATED: November 25, 2013.        UNITED STATES DISTRICT COURT

By: _____
The Honorable Phyllis J. Hamilton
Judge of the United States District Court



IT IS SO ORDERED
Judge Phyllis J. Hamilton

1.

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMERICAN NATIONAL RED CROSS