UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF MARK,

          Plaintiff,

   v.

THE AMERICAN NATIONAL RED CROSS and DOES 1 to 50,

          Defendants.

CASE NO.:   4:13-cv-04041-PJH

[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMERICAN NATIONAL RED CROSS

**IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Jeff Mark is hereby dismissed against The American National Red Cross is hereby with prejudice.   Each party will bear its own costs of this action.

DATED: November 25 , 2013.

UNITED STATES DISTRICT COURT

By: _____



The Honorable Phyllis J. Hamilton
Judge of the United States District Court

18084326v.1

1.

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AMERICAN NATIONAL RED CROSS